# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED
DEC 27 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| United States of America<br>v.<br><br>**Edward Scott Huffman**<br><br>*Defendant(s)* | Case No. 5:24-mj-2609-BM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 6, 2024 in the county of Wake in the
Eastern District of North Carolina, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875 | Interstate Communication of Threats |

This criminal complaint is based on these facts:

See attached affidavit, incorporated as if fully restated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Pete Mines, FBI Special Agent
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

_____
*Judge's signature*

Date: December 27, 2024; 5:44 pm

City and state: Raleigh, North Carolina

Brian S. Meyers, United States Magistrate Judge
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Special Agent Pete Mines, being duly sworn, depose and state that:

### INTRODUCTION AND AGENT BACKGROUND

1. I, Pete G. Mines, a Special Agent of the Federal Bureau of Investigation (FBI), am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), and as such am authorized to investigate violations of federal laws and request and execute search and arrest warrants issued under the authority of the United States. I am a sworn law enforcement officer and have been so for approximately eight (8) years. Your Affiant is currently employed by the FBI and assigned to the Charlotte Division, Raleigh Resident Agency, Safe Streets Task Force (SSTF). Prior to this assignment, Your Affiant was employed as a Special Agent for the Air Force Office of Special Investigations assigned to Seymour-Johnson Air Force Base, North Carolina. Your Affiant has drafted or assisted in drafting arrest and search warrants that have been presented to, and signed by, federal magistrate judges. Your Affiant has also conducted and assisted in numerous criminal investigations to include kidnapping, drugs, gangs, bank robberies, firearms violations, fugitives, public corruption, financial crimes, human trafficking, threats, and terrorism.

2. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this

investigation, as well as the observations of other agents and investigators involved in this investigation. This affidavit contains only the information necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

## APPLICABLE STATUTES

3. Thus, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in chapters 77, 110, and 117 of Title 18, United States Code.

4. I make this affidavit in support of a criminal complaint and arrest warrant for **Edward Scott Huffman (HUFFMAN)**. Based on the information detailed below, I submit that there is probable cause to believe that, beginning in or around December 6, 2024 **HUFFMAN** violated 18 U.S.C. § 875 (interstate communication of threats) in the Eastern District of North Carolina.

## PROBABLE CAUSE

5. On December 6, 2024, the Federal Bureau of Investigation (FBI) National Threat Operations Center (NTOC) was contacted by Peter Kepler, the Security Director for Advance Auto Parts (AAP). Kepler disclosed the AAP customer support team received a message stating, "You stupid fucks have no business selling auto parts and I live in Raleigh and am an expert sniper and if you do not get rid of the fucking moron that administrates your app and webpage I vow that I will hunt

2

down your entire executive board and put bullets in their FAMILEES. I already really enjoy stealing from your stores and will keep stealing from you until you get rid of the idiot that is too fucking stupid to determine the fucking difference between a fucking turn signal housing and a fucking relay. You have until Christmas to comply. After December 25, 2024 there will be no stopping me from punishing your executives by murdering their families for refusing to improve the accuracy of your website search function. I have reported this problem Literally 500 documented times, so now it is time to hand out consequences for you egregious fucking stupidity." The message was submitted to AAP via webform, an option from AAP's online website under the "Contact Us" section. The individual who submitted the threat identified their email address as "advancedautoemployeesarefuckingstupid@yahoo.com."

6. Based upon the nature of the message, further investigation was assigned the Raleigh-Durham Safe Streets Task Force (SSTF). An open-source check of the AAP website, advanceautopoarts.com, disclosed AAP operates over 4,700 stores in the United States (49 states and Puerto Rico), Canada, and the US Virgin Islands. In addition, AAP is headquartered in Raleigh, North Carolina (NC).

7. An interview with Brooke Saul, the Senior Director of Customer First Service Center for AAP, disclosed AAP took several additional steps to assist in identifying the individual who made the threatening comment. Saul disclosed the submission of the threatening comment generated a case for AAP in their database "case force." Based upon the threatening manner of the submission, the case was eventually elevated to Saul, located in Roanoke, Virginia (VA) and another Customer

First Service Center Team member in Roanoke, VA. The service team recognized similarities between the threatening submission via webform and submissions sent via HUFFMAN's AAP profile (which utilized and included HUFFMAN's name and telephone number, 919-523-5470) approximately 20 minutes prior to the threat. Similarities included complaints regarding the same part (which Saul noted was an unusual part to receive a complaint about) and the language used by HUFFMAN. A portion of the submission from HUFFMAN's profile is as follows and was responded to by Customer First Service Center Team members located in Covington, Georgia (GA) and Roanoke, VA:







8. Baseline checks were conducted on HUFFMAN which disclosed his last known residence was in Wendell, NC (approximately 25 minutes from Raleigh, NC). Members of the SSTF contacted the Wendell Police Department (WPD) and informed WPD the facts and circumstances of this investigation. In addition, members of WPD disclosed HUFFMAN was known to the WPD to have access to firearms. Members of the WPD obtained an arrest warrant for HUFFMAN alleging 10 counts of violations of North Carolina General Statute (NCGS) 14-277.1, "Communicating Threats," for the 10 listed members of AAP's Governance Leadership on AAP's public website, corp.advanceautopats.com.

9. Members of the SSTF and WPD executed the arrest warrant, took HUFFMAN into custody at his residence, and transported him to the WPD. HUFFMAN was interviewed by SSTF members after being advised of and waiving his Miranda Rights. HUFFMAN stated he did make the above-mentioned threat to AAP via their online website and utilized his cellular telephone to access the website. HUFFMAN made the threat because he was frustrated with the AAP website and felt it was necessary to gain the attention of site administrators. Furthermore, HUFFMAN was struggling with personal family matters, giving the example of not being informed where his family would be having Thanksgiving dinner, which increased HUFFMAN's overall anger. HUFFMAN acknowledged the seriousness of the threat and apologized for threatening to murder members of AAP leadership. HUFFMAN stated he was not a sniper and did not own any firearms. HUFFMAN provided written consent for law enforcement to search his cellular telephone (assigned number 919-523-5470). HUFFMAN was transported to the Wake County Detention Center by WPD.

10. A cursory search of HUFFMAN's cellular device his disclosed the following sent by HUFFMAN to his mother:

7



10. In addition to the messages to his mother, HUFFMAN's cellular device also contained of picture of a rifle with a mounted scope:



11. Members of AAP Security disclosed the AAP utilizes the company Salesforce to intake information submitted to their company website. The threatening message sent by HUFFMAN was received and maintained by Salesforce before being read by an AAP customer support representative. Following the message being read by the customer support representative, it was forwarded to Brooke Saul (Senior Director of Customer First Service Center for AAP). On December 23, 2024, the Salesforce security team disclosed to the FBI that Salesforce does not have any data centers in the state of North Carolina. In addition, the Salesforce security team provided an article maintained in their website, help.salesforce.com, which notes Salesforce data centers in the United States are located in Arizona and Virginia. Therefore, the message sent by HUFFMAN must have moved across state lines.

[Remainder of page intentionally left blank]

## CONCLUSION

12. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe that Edward Scott Huffman violated 18 U.S.C. § 875 (interstate communication of threats).

Respectfully Submitted,

PETE MINES
Special Agent
Federal Bureau of Investigation

On this 27th day of December, 2024, at or around 5:44 AM/**PM** Special Agent Pete Mines appeared before me via reliable electronic means, *not telephone*, was placed under oath, and attested to the contents of this Affidavit.

Brian S. Meyers
United States Magistrate Judge